DAVID LOY, SBN 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org
Attorney for Plaintiffs

Rebekah Mojica, SBN 351006
SAN BENITO COUNTY COUNSEL'S OFFICE
481 Fourth Street, Second Floor
Hollister, California 95023
Telephone: (831) 636-4040
E-Mail: rebekah@prenticelongpc.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| J. DOE, M. ROE <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF SAN BENITO <br><br> Defendant. | CASE NO. 5:25-CV-10237 <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES AND TEMPORARY RESTRAINING ORDER** |

Plaintiffs J. Doe and M. Roe, represented by David Loy, First Amendment Coalition, and Defendant County of San Benito, represented by the Office of the County Counsel and Prentice | Long, PC (collectively, "the parties"), hereby stipulate and respectfully request that the court extend the existing briefing deadlines and the temporary restraining order ("TRO") issued on November 26, 2025, to permit the parties additional time to pursue a potential settlement without further court involvement.

**WHEREAS**, on November 26, 2025, the Court issued a TRO requiring the County to withdraw the subpoena at issue and to notify Meta / Facebook of the TRO pending resolution of Plaintiffs' Motion for Preliminary Injunction;

**WHEREAS**, the Parties are engaged in ongoing settlement discussions and require additional time to confer with their respective clients regarding possible resolution;

**WHEREAS**, maintaining the status quo and extending the TRO and briefing deadlines will allow the Parties to focus on settlement efforts and may conserve judicial resources;

**THEREFORE**, the Parties hereby stipulate and request that the Court modify the scheduling order as follows:

1. The deadline for Plaintiffs' Motion for Preliminary Injunction is continued from December 1, 2025 to December 8, 2025.
2. The deadline for Defendant's opposition or response is continued from December 5, 2025 to December 12, 2025.
3. The deadline for Plaintiffs' reply is continued from December 8, 2025 to December 15, 2025.
4. The hearing on the Motion for Preliminary Injunction currently set for December 10, 2025 is continued to December 17, 2025.

5. The TRO issued on November 26, 2025—including the requirement that the County withdraw the subpoena and notify Meta / Facebook—shall remain in full force and effect through December 17, 2025, unless otherwise ordered by the Court.

6. The Parties agree that this request is made in good faith to allow time for meaningful settlement discussions and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 26, 2025

FIRST AMENDMENT COALITION

/s/ *David Loy*
DAVID LOY
Attorney for Plaintiffs

Dated: November 26, 2025

PRENTICE LONG, PC

/s/ *Rebekah Mojica*
REBEKAH MOJICA
Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED.**

Dated:

Virginia K. DeMarchi
United States Magistrate Judge

RE: *J. Doe v. County of San Benito.*
Northern District of California Case No. 5:25-CV-10237

PROOF OF SERVICE

I am employed in the County of San Benito, State of California, I am over the age of eighteen (18) years and not a party to the foregoing action. My business address is 481 Fourth street, Fl 2, Hollister California 95023. On the date shown below, I served the following document(s) on the interested parties in this action:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES AND TEMPORARY RESTRAINING ORDER**

__X__ **BY ELECTRONIC SERVICE**: through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

David Loy, Esq.                         *Attorneys for Plaintiff*
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

____ **BY FIRST CLASS MAIL:** On the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail at my place of business, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 26, 2025, at Hollister, California.

                                         */s/ Rebekah Mojica*
                                         Rebekah Mojica