Rebekah Mojica, SBN 351006
SAN BENITO COUNTY COUNSEL'S OFFICE
481 Fourth Street, Second Floor
Hollister, California 95023
Telephone: (831) 636-4040
E-Mail: rebekah@prenticelongpc.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| J. DOE, M. ROE<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BENITO<br><br>Defendant. | CASE NO. 5:25-CV-10237<br><br>**DECLARATION OF DEPUTY COUNTY COUNSEL REBEKAH MOJICA RE: NOTICE TO META** |

I, Rebekah Mojica, declare:

1. I am a Deputy County Counsel for the County of San Benito and counsel for the County in this matter. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Following the conclusion of the hearing on November 26, 2025, I attempted to notify Meta Platforms, Inc. ("Facebook") of the Temporary Restraining Order ("TRO") issued by the Court. As part of that effort, I located two publicly listed phone numbers for Facebook. I called both numbers, but neither reached a live person.

3. On November 26, 2025, I emailed subpoena@fb.com informing Facebook of the TRO and notifying them that the County was ordered to withdraw its request associated with the subpoena. A true and correct copy of that email is attached as **Exhibit 1.**

4. That same day, I informed the San Benito County Sheriff's Office of the TRO and the County's withdrawal, and I requested that they serve the TRO on Facebook.

5. On November 28, 2025, I again searched for alternative phone numbers for Facebook in an effort to reach a live person who could confirm receipt of the TRO. I was only able to reach a recorded message directing callers back to Facebook's website and providing no means of speaking to a live representative.

6. On November 28, 2025, I emailed a copy of the TRO to subpoena@fb.com, records@fb.com, and subpoena@facebook.com. A true and correct copy of this email is attached as **Exhibit 2**. I received an automatic undeliverable message for the email sent to subpoena@facebook.com. A copy of the relevant portion of that undeliverable notice is included in Exhibit 2.

7. After additional communication with the Sheriff's Office, I confirmed that Detective Kaleb Simpson successfully withdrew the subpoena from Meta's law-enforcement portal and served the TRO on Meta through the same portal, which is Meta's designated and most reliable method for receiving law-enforcement service. Detective Simpson's declaration regarding these actions is attached as **Attachment 1** to this Declaration.

8. Based on my research and the Sheriff's Office's confirmation, the law-enforcement portal was the most effective and reasonable means available to reach Meta and effectuate the Court's intent. The emails and phone call attempts were supplemental measures to further ensure prompt notice. These actions were taken to comply with the Court's directive, and to the best of my ability, I used all reasonable means to notify Meta promptly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 28, 2025, in San Benito County, California.

                              */s/ Rebekah Mojica*
                                REBEKAH K. MOJICA
                                Deputy County Counsel
                                County of San Benito

2

1

# EXHIBIT 1

2

3

**Outlook**

4

**Administrative Subpoena Update – County of San Benito**

5

**From** Rebekah Mojica <rebekah@prenticelongpc.com>

6

**Date** Wed 11/26/2025 5:21 PM

7

**To** subpoena@fb.com <subpoena@fb.com>

**Cc** Gregory Priamos <gregory@prenticelongpc.com>; emartinez@sanbenitocountyca.gov
<emartinez@sanbenitocountyca.gov>

8

9

Dear Meta Legal Team,

10

I am an attorney representing the County of San Benito. On or about November 20, 2025, the County issued an administrative subpoena through the San Benito County Sheriff's Office.

11

12

Today, a temporary restraining order was issued requiring the County to withdraw the request. While we are still awaiting the written order from the court, I wanted to ensure Meta was aware of this update.

13

14

I have attempted to reach your team via various numbers listed online, including (650) 543-4800 and (650) 308-7300, but have been unable to get in contact. Please advise on the appropriate next steps or point of contact regarding this matter.

15

16

Thank you for your attention.

17

Respectfully and optimistically,
Rebekah

18

19

**Rebekah Mojica**
**ATTORNEY**

20

**San Benito:** 831.636.4040
**Redding:** 530.691.0800
481 4th Street, 2nd Floor, Hollister, CA 95023
WWW.PRENTICELONGPC.COM

21

22

**prentice|LONG** PC

23

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine, or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

24

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 2**

📧 Outlook

---

**Re: Administrative Subpoena Update – County of San Benito**

---

**From** Rebekah Mojica <rebekah@prenticelongpc.com>
**Date** Fri 11/28/2025 9:38 AM
**To**   subpoena@fb.com <subpoena@fb.com>; records@fb.com <records@fb.com>; subpoena@facebook.com <subpoena@facebook.com>
**Cc**   Gregory Priamos <gregory@prenticelongpc.com>; emartinez@sanbenitocountyca.gov <emartinez@sanbenitocountyca.gov>

📎 1 attachment (218 KB)
2025-11-26 Order Granting TRO.pdf;

Good morning, Meta Team,

I hope you had a wonderful Thanksgiving holiday.

I am following up on my earlier message regarding the administrative subpoena issued by the County of San Benito through the San Benito County Sheriff's Office.

Attached is a copy of the temporary restraining order that was issued by the court, which requires the County to withdraw the subpoena. We are providing this to ensure Meta has prompt notice of the court's directive.

I again tried calling the numbers listed online but was unable to reach anyone.

Please confirm receipt of the attached order and advise if any additional steps are needed on our end.

Thank you for your prompt attention to this matter.

Respectfully and optimistically,
Rebekah

**Rebekah Mojica**
**ATTORNEY**

**San Benito:** 831.636.4040
**Redding:** 530.691.0800
481 4th Street, 2nd Floor, Hollister, CA 95023
**WWW.PRENTICELONGPC.COM**

*prentice* | **LONG** ₚc

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine, or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by responding to this email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

DECLARATION OF DEPUTY COUNTY COUNSEL REBEKAH MOJICA RE: NOTICE TO META

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Outlook**

---

**Undeliverable: Re: Administrative Subpoena Update – County of San Benito**

From Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@prenticelongpc.com>
Date Fri 11/28/2025 9:38 AM
To    subpoena@facebook.com <subpoena@facebook.com>

📎 1 attachment (602 KB)
Re: Administrative Subpoena Update – County of San Benito;

Your message to subpoena@facebook.com couldn't be delivered.

### subpoena wasn't found at facebook.com.

| rebekah | Office 365 | subpoena |
|---|---|---|
| **Action Required** | | Recipient |
| Unknown To address | | |

## How to Fix It

The address may be misspelled or may not exist. Try one or more of the following:

- Send the message again following these steps: In Outlook, open this non-delivery report (NDR) and choose **Send Again** from the Report ribbon. In Outlook on the web, select this NDR, then select the link "**To send this message again, click here.**" Then delete and retype the entire recipient address. If prompted with an Auto-Complete List suggestion don't select it. After typing the complete address, click **Send**.
- Contact the recipient (by phone, for example) to check that the address exists and is correct.
- The recipient may have set up email forwarding to an incorrect address. Ask them to check that any forwarding they've set up is working correctly.
- Clear the recipient Auto-Complete List in Outlook or Outlook on the web by following the steps in this article: Fix email delivery issues for error code 5.1.1 in Office 365, and then send the message again. Retype the entire recipient address before selecting **Send**.

If the problem continues, forward this message to your email admin. If you're an email admin, refer to the **More Info for Email Admins** section below.

*Was this helpful?* Send feedback to Microsoft

---

## More Info for Email Admins
*Status code: 550 5.1.1*

This error occurs because the sender sent a message to an email address outside of Office 365, but the address is incorrect or doesn't exist at the destination domain. The error is reported by the recipient domain's email server, but most often it must be fixed by the person who sent the message. If the steps in the **How to Fix It** section above don't fix the problem, and you're the email admin for the recipient, try one or more of the following:

**The email address exists and is correct** - Confirm that the recipient address exists, is correct, and is accepting messages.

5

RE:   *J. Doe, et al., v. County of San Benito.*
      Northern District of California Case No. 5:25-CV-10237

### PROOF OF SERVICE

I am employed in the County of San Benito, State of California, I am over the age of eighteen (18) years and not a party to the foregoing action. My business address is 481 Fourth street, Fl 2, Hollister California 95023. On the date shown below, I served the following document(s) on the interested parties in this action:

### Declaration of Kaleb Simpson

__X__   **BY ELECTRONIC SERVICE**: through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

David Loy, Esq.                              *Attorneys for Plaintiff*
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

____   **BY FIRST CLASS MAIL:** On the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail at my place of business, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2025, at Hollister, California.

                              */s/ Rebekah Mojica*_____
                              Rebekah Mojica

DECLARATION OF DEPUTY COUNTY COUNSEL REBEKAH MOJICA RE: NOTICE TO META